UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:02-CR-119-T-27MSS

ALLEN JOSEPH PRESTON

_____/

## ORDER

THIS CAUSE is before the Court on this 24th day of July, 2006, on a Petition to Revoke Supervised Release. The Defendant, **ALLEN JOSEPH PRESTON**, appeared with counsel, Alec Hall, AFPD; and Jay Trezevant, AUSA, appeared for the United States of America. Probation Officer, Molly Mines, was also present.

At the hearing, the defendant voluntarily admitted the allegation set forth in Count 1 and denied the allegation set forth in Count 2 of the Petition for Revocation of Supervised Release. Based on the defendant's admission to Count 1, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on May 2, 2003. Count 2 of the Petition is dismissed upon motion by the U.S. Attorney.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **ALLEN JOSEPH PRESTON**, is placed on Supervised Release for a term of **FORTY (40) MONTHS**.

3. The defendant shall comply with all standard terms and conditions of supervised release.

4. The defendant shall pay restitution in an amount of not less than 15% of his monthly gross income, beginning immediately, until the arrearage is paid in full. Thereafter, the defendant shall resume the payment schedule of $100 a month. The Court reserves jurisdiction to readdress the monthly payment schedule.

5. After a period of twenty (20) months, the Court will consider an early termination of supervised release upon petition by the probation officer, if the defendant has met or surpassed all financial obligations.

6. The defendant shall participate in mental health counseling as directed by Probation.

**DONE AND ORDERED** at Tampa, Florida this 25th day of July, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation